United States District Judge FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELLWOOD T. GLOSSBRENNER,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security, | CIVIL NO. C04-5489FDB<br><br>ORDER FOR EAJA FEES, COSTS AND EXPENSES |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff's attorney Elie Halpern is hereby awarded EAJA fees of $6,089.83 and expenses of $78.80 pursuant to 28 U.S.C. §2412 and costs of $196.80 as set out at 28 U.S.C. §1920, payable from the Judgment Fund pursuant to 31 U.S.C. §1304.

DATED this 11th day of August 2005.

                          FRANKLIN D. BURGESS
                          UNITED STATES DISTRICT JUDGE

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C04-5489FDB] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1

2   Presented by:

3

4   S/ELIE HALPERN
    ELIE HALPERN, WSBA #1519
5   Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C04-5489FDB] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055